UNITED STATES BANKRUPTCY COURT        CHAPTER 7

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X    Case No: 12-73024 (REG)

IN RE:

    JEFFREY ST.CLAIR and CATHLEEN ST. CLAIR,

        DEBTORS

-----------------------------------------------------------------X

-----------------------------------------------------------------X Adv. Proc. No. 13-8044-REG

CADLES OF GRASSY MEADOWS II, L.L.C.,

        Plaintiff,

   -against-

JEFFREY ST. CLAIR and CATHLEEN ST. CLAIR,

        Defendants

-----------------------------------------------------------------X

    Jeffrey St. Clair and Cathleen St. Clair, Defendants, by their attorney, Narissa A. Joseph, hereby Answers the Complaint of Cadles of Grassy Meadows II, L.L.C.., Plaintiff, as follows:

    1.    Pursuant to Bankruptcy Rule 7012(b), Defendants admit the allegation in the Complaint that this proceeding is core within the meaning of 28 U.S.C. Section 157 (b)(1) and (b)(2)(I).

    2.    Denies the allegations contained in paragraphs numbered 1, 8, 15, 16, 17, 19, 20, 22, 23,25,26,27, 28, 29, 30, 31, 32. 33, 34, 35, 36, 38, 39, 40, 42, 44, 46, 47, 48, 50, 51, 52, 53, 56, 57, 58, 59, 61, 62 and 63.

    3.    That the defendants lets the statues, rules, records and documents referred to in paragraphs numbered 4 and 5 of the Plaintiff's complaint, speak for themselves.

    4.    As to the paragraphs numbered 12, 16, and 14 Defendants denies knowledge or

information sufficient to form a belief as to the allegations contained herein.

5. Admits the allegations contained in paragraphs 2,3,6,7,9,10,11, 18, 21,24, 37, 41, 45, 49, 54, 55 and 60.

## FIRST AFFIRMATIVE DEFENSE

6. Plaintiff has failed to state a cause of action upon which relief may be granted.

WHEREFORE, Defendants hereby requests that the complaint be dismissed in its entirety.

Dated:  New York, New York

May 8, 2013

/s/ Narissa A. Joseph, Esq

NARISSA A. JOSEPH, ESQ

Attorney for Debtors/Defendant

277 Broadway, Suite 501

New York, New York 10007

(212) 233-3060