UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

                                                      Case No. 12-73024 (reg)

JEFFREY ST. CLAIR and CATHLEEN ST. CLAIR,

                                    Debtors.

-----------------------------------------------------------------x
CADLES OF GRASSY MEADOWS II, L.L.C.,

                                  Plaintiff,      Adv. Proc. No. 13-08044 (reg)

vs.

JEFFREY ST. CLAIR and CATHLEEN ST. CLAIR,

                                  Defendants.
-----------------------------------------------------------------x

## SUPPLEMENTAL ORDER GRANTING JUDGMENT IN FAVOR OF PLAINTIFF AND DENYING DEBTORS' DISCHARGE

For the reasons set forth in the Court's Decision after Trial dated July 7, 2015, in the above referenced adversary proceeding, based on the Court's order dated July 7, 2015 granting judgment in favor of Plaintiff as to Count 1 and Count 4 against Debtors denying the Debtors' discharge; it is hereby

ORDERED, that Counts 2, 3, 5 and 6 are moot.

Dated: Central Islip, New York           */s/ Robert E. Grossman*
July 15, 2015                              Hon. Robert E. Grossman, U.S.B.J.